# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| William Devon Dickey | ) | |
| *Plaintiff* | ) | Civil Action No.    9:19-cv-02450-SAL |
| v. | ) | |
| Warden Cohen, Nurse N.F.N. Wite, Ofc. N.F.N. Harris, Dr. Lemon, Dr. Roberts, Nurse N.F.N. Grimes, Nurse N.F.N. Simmons, Lt. James Walker, Lt. Bryant, and Sgt. Devin Williams, | ) ) ) ) | |
| *Defendant(s)* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   other: Plaintiff, William Devon Dickey, shall take nothing of Defendants, Warden Cohen, Nurse N.F.N. Wite, Ofc. N.F.N. Harris, Dr. Lemon, Dr. Roberts, Nurse N.F.N. Grimes, Nurse N.F.N. Simmons, Lt. James Walker, Lt. Bryant, and Sgt. Devin Williams, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date:   July 12, 2021                               *ROBIN L. BLUME, CLERK OF COURT*

                                                             s/C. Pegram-Conner
                                                  _____
                                                    *Signature of Clerk or Deputy Clerk*